| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 91-10101-JLT |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

**CR 07 356**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Andrew Shabazz | DISTRICT DISTRICT OF MASSACHUSETTS | DIVISION Boston |
|---|---|---|
| KORMAN, J. | NAME OF SENTENCING JUDGE Joseph L. Tauro | |
| AZRACK, J | DATES OF PROBATION/SUPERVISED RELEASE: | FROM September 13, 2006 — TO August 3, 2011 |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 30 2007 ★
BROOKLYN OFFICE

**OFFENSE**

Ct. 1: Conspiracy to Distribute and to Distribute Substance Containing Cocaine Base, in violation of 21 U.S.C. § 846 & 841(a)(1)

Ct. 2: Distribution of Substance Containing Cocaine Base, in violation of 21 U.S.C. § 841(a)(1)

Ct. 3: Distribution of Substance Containing Cocaine Base, in violation of 21 U.S.C. § 841(a)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/9/07
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Eastern District of New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/3/07
Effective Date

s/Edward R. Korman
United States District Judge

MEMORANDUM
TO MARC V. BROWN
ADMINISTRATIVE SUPERVISOR
CLERKS OFFICE
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 3 0 2007 ★

BROOKLYN OFFICE 

**CR 07 356**

RE:   SHABAZZ, Andrew
<u>TRANSFER OF JURISDICTION REQUEST</u>

Reference is made to the above-named releasee who was sentenced by the Honorable Joseph L. Tauro, U.S. District Judge for the District of Massachusetts, on November 14, 1991, to (130) months incarceration to be followed by (5) years supervised release. This sentence followed his conviction on (3) counts of Conspiracy to Distribute and to Distribute a Substance Containing Cocaine Base.

On the below date, this district was contacted by the District of Massachusetts with a request to accept jurisdiction of this case as the releasee has no ties to their district and currently resides in our district. As such, we are requesting transfer of jurisdiction of this case from Massachusetts to the Eastern District of New York. On April 9, 2007, Judge Tauro signed the attached Probation Form 22's authorizing the transfer.

Therefore, we respectfully request that this case be assigned accordingly, and the attached forms be forwarded to the assigned judge, as they will require judicial authorization to complete the transfer of jurisdiction.

If any additional information is required, please feel free to contact the undersigned officer at (631) 712-6334.

RESPECTFULLY SUBMITTED:

TONY GAROPPOLO
Chief U.S. Probation Officer

PREPARED BY:
RICHARD L. JAMES
Senior U.S. Probation Officer

APPROVED BY:
GEORGE H. GONZALEZ
Supervising U.S. Probation Officer

April 26, 2007
Central Islip, New York